IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID MICHAEL McLEAN, <br><br> Defendant. | CR 15–30–BU–DLC <br><br> ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on August 17, 2015. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept David Michael McLean's guilty plea after McLean appeared before him pursuant to Federal Rule of

1

Criminal Procedure 11, and entered a plea of guilty to two counts of wire fraud in violation of 18 U.S.C. § 1343 (Counts I and II), and one count of aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1) (Counts VI), as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts III-V, and Counts VII-X of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 15), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Robert Ellis Norris is adjudged guilty of the offenses charged in Counts I, II, and VI of the Indictment.

DATED this 4th day of September, 2015.

Dana L. Christensen, Chief District Judge
United States District Court